The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLADE CHEVROLET, INC., <br><br> Plaintiff, <br><br> v. <br><br> GARRICK E. SAGER and JANE DOE SAGER, husband and wife, individually, and the marital community of them composed; TINA MARIE SAGER AND JOHN DOE SAGER, husband and wife, individually, and the marital community of them composed; INTERNAL REVENUE SERVICE; SKAGIT COUNTY SEWER DISTRICT NO. 2; CAPITAL ONE BANK (USA), N.A.; CITIBANK, N.A.; STATE OF WASHINGTON, DEPARTMENT OF LABOR AND INDUSTRIES; STATE OF WASHINGTON, DEPARTMENT OF REVENUE; SEATTLE MARINE & FISHING SUPPLY CO.; and ALL OTHER PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE REAL ESTATE DESCRIBED IN THE COMPLAINT <br><br> Defendants. | Case No. 2:20-cv-00039-JLR <br><br> [~~PROPOSED~~] **ORDER TO REMAND TO THE SUPERIOR COURT OF WASHINGTON FOR SKAGIT COUNTY** |

1

The Court received notice the United States and Plaintiff entered into a stipulation on February 7, 2020 under which they resolved their respective claims.

IT IS ORDERED that the Clerk of Court remand this matter to the Superior Court of Washington for Skagit County.

Presented by:

| | |
|---|---|
| RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General | SKAGIT LAW GROUP PLLC |
| *s/ M. Blair James*<br>M. BLAIR JAMES<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044<br>202-307-6483 (v)<br>202-307-0054 (f)<br>M.Blair.James@usdoj.gov | *s/ Craig E. Cammock by E-Mail*<br>*Approval on 2/07/2020*<br>CRAIG E CAMMOCK<br>Skagit Law Group PLLC<br>227 Freeway Drive, Suite B<br>Mount Vernon, WA 98273<br>360-336-1000 (v)<br>360-336-6690 (f)<br>Craig@skagitlaw.com |
| BRIAN T. MORAN<br>U.S. Attorney,<br>Western District of Washington<br>*Of Counsel* | *Attorney for Plaintiff* |

*Attorneys for the United States of America*

Dated this ___ day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE

2